UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.4: 18 CV 1260 RWS |
| CHARLES VERNIER d/b/a CR VERNIER, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Upon review of the Court file, the Court notes that default was entered against defendant for failing to appear on **November 28, 2018**. Plaintiffs having demonstrated that they are entitled to default judgment against defendant in the amount sought and for the reasons stated in their motion for default judgment and supporting materials,

**IT IS HEREBY ORDERED** that plaintiffs' motion for default judgment [6] is granted, and plaintiffs shall have default judgment against defendant.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of December, 2018.